

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2020

No. 04-19-00534-CV

**EP ENERGY COMPANY**,
Appellant

v.

**STOREY MINERALS, LTD.**, Maltsberger/Storey Ranch, LLC, and Rene Barrientos, Ltd.,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 18-05-00083-CVL
The Honorable Russell Wilson, Judge Presiding

## O R D E R

On October 15, 2019, we issued an order stating that this appeal is abated because EP Energy Corporation is in bankruptcy. Appellees/Cross-Appellants have now filed a motion to reinstate the appeal. A certified copy of an order lifting the automatic stay is attached to the motion. *See* TEX. R. APP. P. 8.3(a).

We therefore **GRANT** the motion to reinstate. This appeal is reinstated on the docket of this court. The reporter's record is due on or before **May 21, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court